# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

December 7, 2012

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Dennis Hollingsworth, et al.
         v. Kristin M. Perry, et al.
         No. 12-144
         (Your No. 10-16696, 11-16577)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.  In addition to the question presented by the petition, the parties are directed to brief and argue the following question:  Whether petitioners have standing under Article III, §2 of the Constitution in this case.

Sincerely,

*William K. Suter*
**Clerk of the Court**, Clerk